AO ___  Order Regarding Motion for Sentence Reduction

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 29 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

UNITED STATES OF AMERICA

ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821

V.

Molina, Arnulfo

Case Number: 4:19-cr-00359-01-JTK
USM Number: 93429-079

Date of Original Judgment: 9/10/19
(Or Date of Last Amended Judgment)

Blake Byrd
Defendant's Attorney at Sentencing

Upon motion of ☐ the defendant  ☐ the Director of the Bureau of Prisons  X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  X GRANTED and the defendant's previously imposed sentence of imprisonment of __8__ months is reduced to __5 months__.

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to Departure/Variance/Rule 35): __4__
Criminal History Category: __VI__
Previous Guideline Range: __6__ to __12__ months

Amended Offense Level: __4__
Criminal History Category: __V__
Amended Guideline Range: __4__ to __10__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Sentence is consecutive to the sentence in E.D. Ark. case no. 4:18-CR-00119

Except as provided above, all provisions of the judgment dated __9/10/19__ shall remain in effect.

**IT IS SO ORDERED.**

11/29/23
Order Date

Signature of Judge

February 1, 2024
Effective Date (if delayed)

U.S. Magistrate Judge Jerome T. Kearney
Name and Title of Judge